IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


JAMES KRECKER                                                                      PLAINTIFF

v.                                         Civil No. 2:20-CV-02064

PROSECUTING ATTORNEY (representing                                DEFENDANT
the State of Arkansas)


## JUDGMENT


For the reasons stated in the Order filed this date, this case is **DISMISSED WITH**

**PREJUDICE**.  The dismissal of this action constitutes a "strike" under 28 U.S.C. § 1915(g).  The

clerk is DIRECTED to place a § 1915(g) strike flag on the case.


IT IS SO ORDERED this 14th day of May 2020.


/s/ P. K. Holmes, III

P. K. HOLMES, III
U.S. DISTRICT JUDGE

1